USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                               :
JOSE I. SALDANA,                        :
                         Plaintiff, :
                                               : 07 Civ. 5893 (DLC)
                 -v-                          :
                                               : ORDER
MICHAEL J. ASTRUE, COMMISSIONER OF   :
SOCIAL SECURITY,                     :
                         Defendant. :
                                               :
----------------------------------------X

DENISE COTE, District Judge:

On December 18, 2007, Defendant Michael J. Astrue, Commission of Social Security, filed a motion to dismiss or, in the alternative, for summary judgment. Accordingly, it is hereby

ORDERED that plaintiff's opposition is due **January 25, 2008**.

IT IS FURTHER ORDERED that defendant's reply is due **February 8, 2008**.

IT IS FURTHER ORDERED that the parties will direct all correspondence relating to this case to the Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, NY 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, return of correspondence to plaintiff without further examination, dismissal of the action, the entry of

judgment by default, or such other action as may be just under the circumstances.

SO ORDERED:

Dated:   New York, New York
         December 19, 2007

                                         DENISE COTE
                         United States District Judge

2

**COPIES SENT TO:**

Jose I. Saldana
1173 Grand Concourse, Apt. 3D
Bronx, NY 10452

Leslie Ramirez-Fisher
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007