USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
JOSE I. SALDANA,                          :
                          Plaintiff,      :
                                          :          07 Civ. 5893 (DLC)
            -v-                           :
                                          :          ORDER
MICHAEL J. ASTRUE, COMMISSIONER OF        :
SOCIAL SECURITY,                          :
                          Defendant.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On December 18, 2007, Defendant Michael J. Astrue, Commissioner of Social Security, filed a motion to dismiss or, in the alternative, for summary judgment. Plaintiff Jose I. Saldana submitted no opposition, nor did he request an extension. In connection with his motion, the Commissioner made several representations that, given the spare record before the Court, were difficult to understand. Accordingly, it is hereby

ORDERED that the Commissioner clarify, by February 22, 2008, the following:

> 1. The basis for the administrative law judge's ruling that Saldana had abandoned his claim.
>
> 2. The apparent inconsistency between (1) the Commissioner's representation that, once court action is taken on this matter, Saldana's case will be returned to an ALJ for a hearing and decision on the merits, and (2) the statement made in the May 3, 2007 letter from the Appeals Council to Saldana informing him that his request for review had been denied and that this was "the final decision of the Commissioner of Social Security in your case."

IT IS FURTHER ORDERED that, should Saldana wish to make any submission concerning these two issues, he must do so by February 22, 2008.

SO ORDERED:

Dated:   New York, New York
         February 11, 2008

                                          DENISE COTE
                              United States District Judge

**COPIES SENT TO:**

Jose I. Saldana
1173 Grand Concourse, Apt. 3D
Bronx, NY 10452

Leslie Ramirez-Fisher
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007