SCANNED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

U.S. DISTRICT COURT
FILED
FEB 2 7 2008
S. D. OF N.Y.

JOSE I. SALDANA,

                          Plaintiff,                                    07 **CIVIL** 5893 (DLC)

          -against-                                                     **JUDGMENT**

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,
                          Defendant.
-------------------------------------------------------X


          Defendant having moved to dismiss this action, or in the alternative, for summary judgment,

and the matter having come before the Honorable Denise Cote, United States District Judge, and the

Court, on February 25, 2008, having rendered its Opinion and Order granting defendant's motion

for summary judgment, it is,

          **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated February 25, 2008, defendant's motion for summary judgment is

granted; accordingly, the case is closed.

**Dated:** New York, New York
          February 27, 2008

                                             **J. MICHAEL McMAHON**

                                     _____
                                             **Clerk of Court**

                              **BY:**  _____
                                             **Deputy Clerk**


                    **THIS DOCUMENT WAS ENTERED**
                    **ON THE DOCKET ON _____**